CARA ASSOCIATES, L.L.C., et al., Respondents, v HOWARD P. MILSTEIN et al., Appellants.

Submitted May 22, 2017; decided June 22, 2017

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

Judge FEINMAN taking no part.

In the Matter of NILDA CASIANO, Appellant. COMMISSIONER OF LABOR, Respondent.

In the Matter of NILDA E. CASIANO, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted May 8, 2017; decided June 22, 2017

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judges STEIN and FEINMAN taking no part.